June 15, 2012

Mr. D. Mitchell McFarland
Harrison Bettis Staff McFarland & Weems, LLP
Wedge International Tower
1415 Lousiana St., 37th Floor
Houston, TX 77002

Mr. Jacks C. Nickens
McGuireWoods LLP
600 Travis, Suite 7500
Houston, TX 77002
Ms. S. Shawn Stephens
Baker & Hostetler, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5018

RE: Case Number: 11-0059
 Court of Appeals Number: 14-09-00118-CV
 Trial Court Number: 2006-70615

Style: EL PASO MARKETING, L.P. AND ENTERPRISE TEXAS PIPELINE LLC
 v.
 WOLF HOLLOW I, L.P.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Christopher A. |
| |Prine |
| |Mr. Chris Daniel |
| |Mr. Frank T. Messina |
| |Mr. Chauncey Marcus |
| |Lane |